NELSON P. COHEN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,           )<br>                                                              )<br>            vs.                                            )<br>                                                              )<br>  YANG et al,                                       )<br>                                                              )<br>                        Defendant.       )<br>_____ ) | No.  3:02-cr-00075-JWS-JDR<br><br>**NOTICE TO DISCONTINUE<br>ELECTRONIC SERVICE** |

COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on

Kevin Feldis, Asst. U.S. Attorney.  Assistant U.S. Attorney Andera T.  Steward is the lead attorney in this matter.

    RESPECTFULLY submitted this 21st day of March, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Andrea Steward
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3668
        Fax: (907) 271-1500
        E-mail: andrea.steward@usdoj.gov