NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00075-JWS-JDR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF ATTORNEY APPEARANCE |
| YANG ET AL, | ) | |
| Defendant. | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Kevin Feldis  now appears as counsel for the United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Andrea T. Steward now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 15th day of July, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov