NELSON P. COHEN
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00075-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | INDICTMENT WITHOUT |
| YANG ET AL, | ) | PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby moves

this court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the

2002 indictment in the above captioned case without prejudice and to quash the

outstanding arrest warrants.

RESPECTFULLY SUBMITTED this <u>5th</u> day of August, 2008, at

Anchorage, Alaska.


NELSON P. COHEN
United States Attorney


<u>s/ Kevin Feldis</u>
KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: <u>kevin.feldis@usdoj.gov</u>