IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:02-cr-00075-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| YANG ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the government's Motion to Dismiss Indictment without Prejudice, IT IS HEREBY ORDERED that the government's motion is GRANTED. The Indictment is hereby ordered dismissed without prejudice.

IT IS SO ORDERED this _____ day of _____, 2008, at Anchorage, Alaska.

_____
United States District Court Judge