MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *IN SEOK YANG, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:02-cr-00075 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: August 6, 2008

At docket 14, the United States has moved to dismiss the indictment without prejudice and to quash the outstanding arrest warrants. In his report at docket 15, the magistrate judge recommends that the motion be granted

The motion at docket 14 is **GRANTED** as follows: The indictment in this case is dismissed without prejudice. The arrest warrants are quashed. The Clerk will please close this file.