UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
AUG 0 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA, )
       Plaintiff, )
)  Case No. 3:02-cr-00075-01-JWS
v. )
)
In Seok Yang, )
       Defendant. )

### JUDGMENT OF DISCHARGE
### Fed.R.Crim.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   <u>X</u>  The court has granted the motion of the government for dismissal without prejudice;
   __  The court has granted the motion of the defendant for a Judgment of Acquittal;
   __  A jury has been waived, and the court has found the defendant NOT GUILTY;
   __  The jury has returned its verdict, finding the defendant NOT GUILTY;

of the offenses of Conspiracy 18 U.S.C. § 371 and Witness Tampering 18 U.S.C. § 1512(b)(1) as charged in counts 1 and 7 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this 6th day of August, 2008.

REDACTED SIGNATURE

John W. Sedwick
United States District Judge

[302cr75JWS Discharge.wpd]{DISCHARG.WPD*Rev.2/97}